**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) <br> ) <br> Nicholas Lamar Wilson ) <br> aka Nick Wilson, aka Nicholas Lamar Potter–Wilson ) <br> 504 Russet Road ) <br> Rupert, ID 83350 ) <br> ) <br> Social Security No.: xxx–xx–9661 ) <br> Employer's Tax I.D. No.: ) <br> ) <br> Debtor ) <br> ) <br> Melodie Wilson ) <br> aka Melodie Wilkins, aka Melodie Ortega ) <br> 504 Russet Road ) <br> Rupert, ID 83350 ) <br> ) <br> Social Security No.: xxx–xx–2262 ) <br> Employer's Tax I.D. No.: ) <br> ) <br> Joint Debtor ) <br> _____ ) | Case Number:    25–40408–NGH <br><br> Chapter Number: 13 |

**NOTICE APPOINTING TRUSTEE AND BOND REQUIREMENTS**

NOTICE IS HEREBY GIVEN THAT

Kathleen A. McCallister has been appointed trustee of this case. The surety on trustee's standing bond which is on file with the court shall be bound according to the terms thereof. You will be deemed by the court as having accepted this appointment if a rejection is not filed within seven (7) days from the date hereof.

Dated: 6/26/25

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court