Paul Ross  
PO Box 483  
Paul, ID  83347  
T: (208) 219-7997  
#8676  
F: (208) 416-6996  
paul@idbankruptcylaw.com  
Attorney for Debtors  

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: <br><br>**NICHOLAS LAMAR WILSON,** <br>**MELODIE WILSON,** <br><br>   Debtors. | Case No: 25-40408-NGH <br>Chapter 13 |

### REJECTION OF TRUSTEE APPOINTMENT

Debtors, through their undersigned attorney, hereby reject the appointment of Kathleen A McCallister as trustee of this case.

DATED this 3 July 2025

                                                                                                                         _/s/ Paul Ross_____  
                                                                                                                         PAUL ROSS

CERTIFICATE OF SERVICE

I hereby certify that on 3 July 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    U.S. Trustee, ECF
    Kathleen McCallister, ECF, Trustee

I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via First Class mail, postage prepaid addressed as follows:

    NA

Via certified mail, return receipt requested, addressed as follows:

    NA

    /s/ Paul Ross_____
    PAUL ROSS