Jason R. Naess, ISBN 8407
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
Andrew S. Jorgensen, ISBN 8695
United States Department of Justice
Office of the United States Trustee
550 W. Fort St., Ste. 698
Boise, Idaho 83724
(208) 334-1300
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re: | Case No. 25-40408-NGH |
| NICHOLAS LAMAR WILSON and MELODIE WILSON, | Chapter 13 |
| Debtors. | |

**OBJECTION**

The Acting United States Trustee ("UST") hereby objects, if necessary, to the Debtors' "Rejection of Trustee Appointment," Dkt. No. 21 (the "Rejection"). Debtors' filing does not appear to be in the form of a motion or other request, and they cite to no statute, case law, or other authority that would support the attempted rejection.

The Rejection does not appear to include any claims or legal contentions that are warranted by existing law and does not include any argument for the extension, modification, or reversal of existing law or the establishment of new law. As such, the UST cannot discern how to respond other than via this summary Objection. The filing should be disregarded by the Court. Or, to the extent the filing is deemed a motion, the unsupported request should be denied.

Date: July 7, 2025

        JONAS V. ANDERSON
        Acting United States Trustee for Region 18

        /s/ Jason R. Naess
        JASON R. NAESS
        Attorney for the Acting United States Trustee
        [Non CM/ECF e-mail jason.r.naess@usdoj.gov]

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___July 7, 2025___ I caused the foregoing document to be filed with the Court's CM/ECF system which causes a copy of the foregoing to be served by electronic means on the parties reflected on the Notice of Electronic Filing.

Date: __July 7, 2025_____

        /s/ Jason R. Naess
        JASON R. NAESS